No. 1345. SULLIVAN *v.* CHOQUETTE ET AL., 398 U. S. 904; and

No. 1804, Misc. CUSHWAY *v.* STATE BAR OF GEORGIA, 398 U. S. 910. Petitions for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.

No. 1488. MARCELLO *v.* UNITED STATES, 398 U. S. 959. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1622, Misc. OLIVER *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT, 397 U. S. 1050. Motion for leave to file petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.